**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 11-6999**

─────────────

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

    v.

BILLY R. MCCULLERS, JR.,

                Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Rebecca Beach Smith, District Judge. (4:07-cr-00049-RBS-JEB-1)

─────────────

Submitted:  November 15, 2011      Decided:  November 18, 2011

─────────────

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Billy R. McCullers, Jr., Appellant Pro Se. Melissa Elaine O'Boyle, Assistant United States Attorney, Norfolk, Virginia; Laura Pellatiro Tayman, Howard Jacob Zlotnick, Assistant United States Attorneys, Newport News, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy R. McCullers, Jr., appeals the district court's order denying his motion to dismiss the indictment for Fed. R. Crim. P. 6 violations or, in the alternative, to inspect the list of names of qualified grand jurors who "voted the indictment." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. McCullers, No. 4:07-cr-00049-RBS-JEB-1 (E.D. Va. filed July 12 & entered July 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED